NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DAVID K. BARRETT
Assistant United States Attorney
Chief, Civil Fraud Section
ABRAHAM C. MELTZER
Assistant United States Attorney
Deputy Chief, Civil Fraud Section
JACK D. ROSS
Assistant United States Attorney
California State Bar No. 265883
    Room 7516, Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    T: 213.894.7395|F: 213.894.7819
    Email: jack.ross@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* **[UNDER SEAL]**,<br><br>    Plaintiff[s],<br><br>    v.<br><br>**[UNDER SEAL]**,<br><br>    Defendant[s]. | No. CV 18-02667-RGK-KKx<br><br>UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION AND STIPULATION RE UNSEALING OF CASE<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**<br><br>[FILED/LODGED CONCURRENTLY UNDER SEAL: (1) [PROPOSED] ORDER |

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DAVID K. BARRETT
Assistant United States Attorney
Chief, Civil Fraud Section
ABRAHAM C. MELTZER
Assistant United States Attorney
Deputy Chief, Civil Fraud Section
JACK D. ROSS
Assistant United States Attorney
California State Bar No. 265883
    Room 7516, Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    T: 213.894.7395|F: 213.894.7819
    Email: jack.ross@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* **[UNDER SEAL]**,<br><br>    Plaintiff[s],<br><br>    v.<br><br>**[UNDER SEAL]**,<br><br>    Defendant[s]. | No. CV 18-02667-RGK-KKx<br><br>UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION AND STIPULATION RE UNSEALING OF CASE<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**<br><br>[FILED/LODGED CONCURRENTLY UNDER SEAL: (1) [PROPOSED] ORDER |

*Lodged proposed order*

ORIGINAL
FILED
2019 AUG 21 PM 3:22

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DAVID K. BARRETT
Assistant United States Attorney
Chief, Civil Fraud Section
ABRAHAM C. MELTZER
Assistant United States Attorney
Deputy Chief, Civil Fraud Section
JACK D. ROSS
Assistant United States Attorney
California State Bar No. 265883
    Room 7516, Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    T: 213.894.7395|F: 213.894.7819
    Email: jack.ross@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF CALIFORNIA *ex rel.* DAVID HONG,<br><br>    Plaintiffs,<br><br>    v.<br><br>EISENHOWER MEDICAL CENTER, EISENHOWER MEDICAL ASSOCIATES, INC., and MONICA KHANNA, M.D.,<br><br>    Defendants. | No. CV 18-02667-RGK-KKx<br><br>UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION AND STIPULATION RE UNSEALING OF CASE<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**<br><br>[FILED/LODGED CONCURRENTLY UNDER SEAL: (1) [PROPOSED] ORDER |

    Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States of America ("United States") hereby notifies the Court of its decision not to intervene in the above-captioned action.

    Although the United States declines to intervene, 31 U.S.C. § 3730(b)(1) permits the *qui tam* plaintiff David Hong ("Relator"), to maintain this action in the name of the United States provided, however, that the "action may be dismissed only if the court and

1


the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* Notwithstanding this language, the Ninth Circuit has held that the United States has the right only to a hearing when it objects to a settlement or dismissal of the action. *U.S. ex rel. Green v. Northrop Corp.*, 59 F.3d 953, 959 (9th Cir. 1995); *U.S. ex rel. Killingsworth v. Northrop Corp.*, 25 F.3d 715, 723-25 (9th Cir. 1994). Accordingly, should either the Relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the United States requests that the parties notify the United States of the same, and the Court provide the United States with an opportunity to be heard before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States; the United States also requests that orders issued by the Court in this action be sent to the United States' counsel. The United States reserves its right to order any deposition transcripts, to intervene in this action at a later date, for good cause, and to seek the dismissal of this action or any claims therein. The United States also requests that it be served with all notices of appeal in this action.

Finally, the United States, State of California, and the Relator stipulate that the Relator's Complaint (including any amended complaints), this Notice, and the accompanying proposed Order should be unsealed. The United States, State of California, and the Relator further stipulate that all other papers filed or lodged to date in this action should remain permanently under seal because such papers were provided by law to the Court alone for the sole purpose of discussing the content and extent of the United States' investigation and, thereby, evaluating whether the seal and time for making an election to intervene should be extended.

A proposed Order is lodged concurrently herewith.

| | | |
|---|---|---|
| Dated: Aug 20, 2019 | | HEALY HAFEMANN MAGEE |

_____
JOHN R. THOMAS
Attorneys for Relator

Dated: _____, 2019

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DAVID K. BARRETT
Assistant United States Attorney
Chief, Civil Fraud Section
ABRAHAM C. MELTZER
Assistant United States Attorney
Deputy Chief, Civil Fraud Section

_____
JACK D. ROSS
Assistant United States Attorney
Attorneys for the United States of America

Dated: _____, 2019

XAVIER BECERRA
Attorney General for the State of California

_____
NICHOLAS PAUL
Supervising Deputy Attorney General
California Department of Justice
Bureau of Medi-Cal Fraud & Elder Abuse

3

Dated: _____, 2019      HEALY HAFEMANN MAGEE

_____
JOHN R. THOMAS
Attorneys for Relator

Dated: August 21, 2019      NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DAVID K. BARRETT
Assistant United States Attorney
Chief, Civil Fraud Section
ABRAHAM C. MELTZER
Assistant United States Attorney
Deputy Chief, Civil Fraud Section

_____
JACK D. ROSS
Assistant United States Attorney
Attorneys for the United States of America

Dated: _____, 2019      XAVIER BECERRA
Attorney General for the State of California

_____
NICHOLAS PAUL
Supervising Deputy Attorney General
California Department of Justice
Bureau of Medi-Cal Fraud & Elder Abuse

3

| | | |
|---|---|---|
| 1 | Dated: _____, 2019 | HEALY HAFEMANN MAGEE |
| 2 | | |
| 3 | | _____ |
| 4 | | JOHN R. THOMAS<br>Attorneys for Relator |
| 5 | | |
| 6 | Dated: _____, 2019 | NICOLA T. HANNA |
| 7 | | United States Attorney<br>DAVID M. HARRIS |
| 8 | | Assistant United States Attorney<br>Chief, Civil Division |
| 9 | | DAVID K. BARRETT |
| 10 | | Assistant United States Attorney<br>Chief, Civil Fraud Section |
| 11 | | ABRAHAM C. MELTZER |
| 12 | | Assistant United States Attorney<br>Deputy Chief, Civil Fraud Section |
| 13 | | |
| 14 | | |
| 15 | | _____ |
| 16 | | JACK D. ROSS<br>Assistant United States Attorney |
| 17 | | Attorneys for the United States of America |
| 18 | | |
| 19 | Dated: Aug 6, 2019 | XAVIER BECERRA |
| 20 | | Attorney General for the State of California |
| 21 | | |
| 22 | | [signature] |
| 23 | | RITA HANSCOM |
| 24 | | Deputy Attorney General |
| 25 | | California Department of Justice<br>Bureau of Medi-Cal Fraud & Elder Abuse |
| 26 | | |
| 27 | | |
| 28 | | |

**PROOF OF SERVICE BY E-MAIL**

I am over the age of 18 and not a party to the above-captioned action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On August 21, 2019, I served the UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION AND STIPULATION RE UNSEALING OF CASE on each person or entity named below by e-mail.

Date of e-mailing: August 21, 2019. Place of e-mailing: Los Angeles, California.

Person(s) and/or Entity(s) to whom e-mailed:

John R. Thomas, Jr., Esq.
Healy Hafemann Magee
P.O. Box 8877
Roanoke, VA 24014
jt@hhm.law

Nicholas Paul, Esq.
Bureau of Medi-Cal Fraud and Elder Abuse
California Department of Justice
1455 Frazee Road, Suite 315
San Diego, CA 92108
Nicholas.Paul@doj.ca.gov

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 21, 2019, at Los Angeles, California.

_____
JACK D. ROSS