Jason C. Wright (State Bar No. 261471)
jcwright@jonesday.com
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071.2452
Telephone: +1.213.489.3939
Facsimile: +1.213.243.2539

Attorneys for Defendants
Eisenhower Medical Center, Eisenhower Medical Associates, Inc. and Monica Khanna, M.D.

**DENIED**
BY ORDER OF THE COURT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and STATE OF CALIFORNIA, *ex rel.* DAVID HONG,<br><br>Plaintiffs,<br><br>v.<br><br>EISENHOWER MEDICAL CENTER, EISENHOWER MEDICAL ASSOCIATES, INC., and MONICA KHANNA, M.D.,<br><br>Defendants. | Case No. 5:18-cv-02667-RGK-KKx<br><br>Hon. R. Gary Klausner<br><br>**[PROPOSED[ ORDER GRANTING SECOND STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT AND BRIEFING SCHEDULE**<br><br>Complaint Served: Nov. 19, 2019<br>Current Response Date: Jan. 9, 2020<br>New Response Date: Jan. 27, 2020<br>Opposition Date: Feb. 24, 2020<br>Reply Date: March 9, 2020<br>Hearing Date: March 30, 2020 |

ORDER GRANTING SECOND
STIPULATION RE BRIEFING SCHEDULE

1  ~~Having considered the Second Stipulation to Extend Time for Defendants~~
2  ~~Eisenhower Medical Center, Eisenhower Medical Associates, Inc., and Monica~~
3  ~~Khanna M.D. ("Defendants") to Respond to the Initial Complaint and Briefing~~
4  ~~Schedule between David Hong ("Plaintiff") and Defendants, and good cause~~
5  ~~appearing therefor,~~
6  ~~**IT IS HEREBY ORDERED** that the deadline for Defendants to answer,~~
7  ~~object, or otherwise respond to Plaintiff's Complaint, is extended from January~~
8  ~~9, 2020, up through and including January 27, 2020. Plaintiff's opposition to any~~
9  ~~motion filed with or as Defendants' response to Plaintiff's Complaint shall be due~~
10 ~~on February 24, 2020. Defendants' reply in support of any motion filed with or as~~
11 ~~Defendants' response to Plaintiff's Complaint shall be due on March 9, 2020. The~~
12 ~~hearing on any motion filed with or as Defendants' response to Plaintiff's~~
13 ~~Complaint shall take place on March 30, 2020.~~
14 THE STIPULATION IS DENIED.
15 IT IS SO ORDERED.
16 Dated: December 26, 2019

*[signature: Gary Klausner]*

HON. R. GARY KLAUSNER
United States District Judge