JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, and State of California, *ex rel.* David Hong,<br><br>Plaintiff,<br><br>v.<br><br>Eisenhower Medical Center, Eisenhower Medical Associates, Inc., and Monica Khanna, M.D.,<br><br>Defendants. | Case No. 5:18-cv-02667-RGK-KK<br><br>Hon. R. Gary Klausner<br><br>[~~PROPOSED~~] **ORDER PURSUANT TO PARTIES' STIPULATION TO DISMISS**<br><br>Second Amended Complaint Served: May 26, 2020 |

[PROPOSED] ORDER

PURSUANT TO THE PARTIES' STIPULATION, IT IS HEREBY ORDERED that Relator David Hong's ("Relator") claims against Defendants Eisenhower Medical Center ("EMC"), Eisenhower Medical Associates, Inc. ("EMA"), and Monica Khanna, M.D. (collectively, "Defendants" and together with Relator, the "Parties") in the above-captioned action be and hereby are dismissed as follows: (1) as to the Relator, dismissing with prejudice any claims as to Defendants; and (2) as to the United States and the State of California, dismissing without prejudice any claims as to Defendants. The Court shall retain jurisdiction to enforce the terms of the parties' settlement. Each party shall bear their own costs, expenses, and attorneys' fees incurred herein.

Dated: February 2, 2021

HON. R. GARY KLAUSNER
United States District Judge